UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerome M. Daniels,

    Plaintiff,

v.

Lucinda Jesson, Lori Swanson, Matthew Shwandt, Dan Goldberg, Barb Windels, James Jungers, and Shirly Jacobson,

    Defendants.

Civil No. 13-736 (JNE/SER)
ORDER

---

In a Report and Recommendation dated June 4, 2014, the Honorable Steven E. Rau, United States Magistrate Judge, recommended that Defendants' motion to dismiss Plaintiff's *pro se* complaint be granted and the case be dismissed. Plaintiff did not file any objections. *See* D. Minn. L.R. 72.2 (providing for the filing of objections and requiring de novo review of "any part of the magistrate judge's disposition that has been properly objected to"). Accordingly, the Court adopts the magistrate judge's recommendation of dismissal.

Therefore, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss [Docket No. 16] is GRANTED.
2. This action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2014

                                                           s/Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                            United States District Judge